THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROTHERMEL, Relator, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— After the decision of this court handed down June 27, 1935. (245 App. Div. 783), the respondent discharged the appellant from the custody in which he was being held on the commitment of the Parole Board, which this court held to be invalid, and continued to hold him under a commitment of the Court of General Sessions of the City and County of New York, dated November 5, 1925, imprisoning the appellant for a term of fifteen years. Appellant now moves to have the respondent adjudged in contempt of court for failure to release him from custody. Our former decision passed upon the validity of the Parole Board commitment only. In view of the fact that this decision did not contemplate the fifteen-year term for which the convict is now being detained and there being no evidence in the complete record now before us that commutation or compensation has been granted to the convict by any action of the Governor, the motion to punish for contempt should be denied. Motion denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

PERCY ALDRICH, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 22232.) — Motion for reargument denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

ANNA M. WENTZ, Appellant, v. J. J. NEWBERRY COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

NAPOLEON BELLANGER, Appellant, v. ECONOMY ENGINEERING COMPANY, Defendant, and LIBERTY MUTUAL INSURANCE COMPANY, Impleaded as a Defendant, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JOHN HENRY BOWMAN, Respondent, v. THE FYR FYTER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NILE E. VAIL, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for order certifying that a constitutional question was involved and passed upon by the court, for the purpose of dispensing with security on appeal to the Court of Appeals, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of MILDRED SAMUELS, an Infant under Sixteen Years of Age. HOWARD SAMUELS, Appellant; MABLE SAMUELS, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY OF BOSTON, Respondent, v. ROBERT NISBET and ARCHIBALD NISBET, Appellants, and DONALD KAISER, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.